Form a0grmsty

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402–1819

---

In Re: Garry L. Norris
      Melinda S. Norris
          Debtor(s)
SSN/TAX ID:
    xxx–xx–7515
    xxx–xx–9047

Case No.: 3:08–bk–35471

Chapter: 13

Judge: Lawrence S. Walter

---

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On July 1, 2009 creditor US Bank filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021–1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and 9021–1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: August 7, 2009

                                    FOR THE COURT:
                                    Kenneth Jordan
                                    Clerk, U.S. Bankruptcy Court